IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LUTHER ARTHUR HORN, III,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3930

Opinion filed April 25, 2016.

An appeal from the Circuit Court for Walton County.
W. Howard LaPorte, Judge.

Ryan Thomas Truskoski of Ryan Thomas Truskoski, P.A., Orlando, for Appellant.

Pamela Jo Bondi, Attorney General, and Kathryn Lane, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    Luther Arthur Horn, III, challenges an order dismissing his motion for return of property seized as part of a criminal investigation. The trial court properly dismissed the motion because Horn's appeal of his judgment and sentence was

pending. However, now that his appeal has been resolved, <u>Horn v. State</u>, 171 So. 3d 705 (Fla. 1st DCA 2015), we remand the case for the trial court to consider the motion on the merits. <u>See</u> <u>Rightmire v. State</u>, 1 So. 3d 1191 (Fla. 1st DCA 2009).

REMANDED.

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.